[No. 26868-6-I. Division One. July 27, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN GUY PITTMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89-1-05918-1, Anne L. Ellington, J., entered August 14, 1990. *Affirmed in part* and *modified in part* by unpublished opinion per Webster, A.C.J., concurred in by Forrest and Agid, JJ.

[No. 28457-6-I. Division One. July 27, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN BRUCE MUIR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-06034-5, Larry A. Jordan, J., entered May 21, 1991. *Reversed* by unpublished opinion per Scholfield, J., concurred in by Forrest and Agid, JJ. Now published at 67 Wn. App. 149.

[No. 27562-3-I. Division One. July 27, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. LATINA LAVETTE WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-8-05284-4, Dale B. Ramerman, J., entered November 22, 1991. *Affirmed* by unpublished opinion per Agid, J., concurred in by Scholfield and Forrest, JJ.